# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JUSTIN DALE LOWE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil Action Number |
| ) | **1:18-cv-01252-AKK-GMB** |
| **SHERIFF DENNIS GREEN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report recommending the court dismiss all of Justin Dale Lowe's claims, except those alleging the Defendants Green and Kilgore denied Lowe medical care for his teeth and numb legs. *See* doc. 22. No objections have been filed.

After careful consideration of the record in this case, including the magistrate judge's report, the court hereby **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. It is therefore **ORDERED** that all of Lowe's claims, except those alleging that Officers Green and Kilgore denied him medical care for his teeth and numb legs, are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b). It is further **ORDERED** that the remaining claims are **REFERRED** to the magistrate judge for further proceedings.

**DONE** the 18th day of November, 2019.

                                              **ABDUL K. KALLON**
                                        UNITED STATES DISTRICT JUDGE