UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JUSTIN DALE LOWE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:18-cv-1252-AKK-GMB |
| SHERIFF DENNIS GREEN, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed a report on January 27, 2021, recommending the defendants' special report be treated as a motion for summary judgment and further recommending that the motion be granted. Doc. 39. Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the defendants' motion for summary judgment is **GRANTED**, the court finding no genuine issues of material fact exist.

**DONE** the 26th day of February, 2021.

                                                _____
                                                     **ABDUL K. KALLON**
                                             UNITED STATES DISTRICT JUDGE